# Third District Court of Appeal

## State of Florida

Opinion filed June 2, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-641
Lower Tribunal No. F06-37622B
_____

**Sean Condell,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ellen Sue Venzer, Judge.

Sean Condell, in proper person.

Ashley Moody, Attorney General, for appellee.

Before HENDON, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.  See <u>Lomas v. State</u>, 588 So. 2d 299, 299 (Fla. 1st DCA 1991) (rejecting Lomas' argument that his life sentence for a first degree felony punishable by imprisonment for a term of years not exceeding life exceeded the limits provided by law).